SO ORDERED: February 18, 2011.



James K. Coachys
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE | ) |
| | ) |
| BRIAN DAVID BARTLETT, | ) CASE NO. 10-08717-JKC-13 |
| JENNIFER ANN BARTLETT | ) |
| | ) |
| Debtor(s) | ) |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE**

The Motion for Relief From Stay and to Abandon Real Estate of US Bank, NA, (hereinafter referred to as "US Bank"), having come before the Court.

And the Court, having examined said Motion and being duly advised in the premises, and having found that the Debtor(s) herein failed to make payments pursuant to a proposed Chapter 13 Plan, being in material default and failing to adequately protect movant's interest, and having found that said failure to make payments constitutes sufficient cause for relief from stay, it is therefore,

ORDERED AND ADJUDGED: That the Motion for Relief From Stay and to Abandon Real Estate filed by US Bank, NA be, and hereby is, granted; it is further,

ORDERED AND ADJUDGED: That the Court hereby orders the abandonment of the subject real estate located in Owen County, Indiana:

> LOT NUMBERED FORTY-ONE (41) IN CROY CREST, SECTION B, A SUBDIVISION IN JACKSON TOWNSHIP, OWEN COUNTY, INDIANA, AS PER PLAT THEREOF RECORDED MAY 10, 1955 IN PLAT BOOK 1, PAGE 57, ALSO PLAT CABINET SLIDE 29A, IN THE OFFICE OF THE RECORDER OF OWEN COUNTY, INDIANA.

More commonly known as 11021 Lakeshore Dr, Cloverdale, IN 46120-8126

ORDERED AND ADJUDGED: That the automatic stay as it relates to the property commonly known as 11021 Lakeshore Dr, Cloverdale, IN 46120-8126 is vacated.

###